IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 13-00512 DKW |
| | ) | |
| Plaintiff, | ) | AMENDED PRELIMINARY |
| vs. | ) | ORDER OF FORFEITURE AND |
| | ) | PARTIAL FINAL ORDER OF |
| GEORGE LINDELL and (01) | ) | FORFEITURE |
| HOLLY HOAEAE, (02) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

AMENDED PRELIMINARY ORDER OF FORFEITURE
AND PARTIAL FINAL ORDER OF FORFEITURE

Consistent with the Court's August 28, 2020 Order Granting the United States of America's Motion for an Amended Preliminary Order of Forfeiture and Partial Final Order of Forfeiture, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

THAT a Final Order of Forfeiture is entered against the Specific Forfeited Property, namely $27,000 contained in Wells Fargo IRA Number 1017-7984, and no right, title, or interest in the Specific Forfeited Property shall exist in any other party;

THAT the Specific Forfeited Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and

THAT all right, title, and interest in the Specific Forfeited Property, as well as any income derived as a result of the management of the property by any United States agency that has had custody of the Specific Forfeited Property, are hereby condemned, forfeited, and vested in the United States of America and shall be disposed of according to law; and

THAT defendants are entitled to a credit against the Money Judgment in the amount of the Specific Forfeited Property, namely $27,000; and

THAT all of the defendants' right, title, and interest in the contents of Wells Fargo IRA Number 1017-7984, up to the amount of the Money Judgment that remains unpaid, is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and

THAT the United States Marshals Service shall seize, retain, and deposit the entire contents of Wells Fargo IRA Number 1017-7984, up to the amount of the Money Judgment that remains unpaid, and shall take any other steps deemed warranted to preserve the availability of those funds for forfeiture pending the conclusion of any third party proceedings that may be conducted in this matter

pursuant to 21 U.S.C. § 853(n) and Rule 32.2 of the Federal Rules of Criminal Procedure; and

THAT, pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States shall publish notice of this Order and of its intent to dispose of the contents of Wells Fargo IRA Number 1017-7984 in such a manner as the Attorney General may direct, including posting notice on the official internet government forfeiture site, namely www.forfeiture.gov, for at least 30 consecutive days; and

THAT the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the contents of Wells Fargo IRA Number 1017-7984, as a substitute for published notice as to those persons notified; and

THAT, pursuant to 21 U.S.C. § 853(n)(2), any person, other than defendants, asserting a legal interest in the contents of Wells Fargo IRA Number 1017-7984 must file a petition with the Court for a hearing to adjudicate the validity of the petitioner's alleged interest in the contents of Wells Fargo IRA Number 1017-7984 within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier; and

THAT, pursuant to 21 U.S.C. § 853(n)(3), the petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the contents of Wells Fargo IRA Number 1017-7984, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, and any additional facts supporting the petitioner's claim and the relief sought; and

THAT the contents of Wells Fargo IRA Number 1017-7984 are to be held by the appropriate United States agency in its secure custody and control until the appropriate disposition of the contents of Wells Fargo IRA Number 1017-7984 by the United States; and

THAT upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Rule 32.2(c)(2), in which all interests in the contents of Wells Fargo IRA Number 1017-7984 will be addressed; and

THAT, if the forfeiture of the contents of Wells Fargo IRA Number 1017-7984, or any portion of it, becomes final, defendants will be entitled to a credit against the Money Judgment in the amount of the contents of that account that is forfeited; and

//

THAT this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

DATED: August 28, 2020, at Honolulu, Hawaii.



Derrick K. Watson
United States District Judge

USA v. GEORGE LINDELL and HOLLY HOAEAE; Criminal No. 13-00512; "Amended Preliminary Order of Forfeiture and Partial Final Order of Forfeiture"